1  JOSEPH P. RUSSONIELLO (CA 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   DANIEL SANDERS (OHBN 52077)
5  Assistant United States Attorneys

6      450 Golden Gate Ave (11th Floor)
       San Francisco, CA 94102
7      Telephone: (415) 436-7359
       Facsimile: (415) 436-7234
8
   Attorneys for the United States
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,         )   CRIMINAL NO. 3-08-70035-EDL EMC
                                     )
14         v.                        )
                                     )   NOTICE OF PROCEEDINGS ON
15         v.                        )   OUT-OF-DISTRICT CRIMINAL
                                     )   CHARGES PURSUANT TO RULES
16 RICARDO ALVARES-MORALES           )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                     )   OF CRIMINAL PROCEDURE
17 _____   )

18      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19 Procedure that on January 24, 2008, the above-named defendant was arrested based upon an

20 arrest warrant (copy attached), issued upon an indictment (copy attached) pending in the Eastern

21 District of Wisconsin, case number 08-CR-00036. In that case, the defendant is charged with

22 conspiring with others to distribute controlled substances, in violation of 21 U.S.C. 841(a)(1),

23 841(b)(1)(a) and 846.

24                                              Respectfully Submitted,
                                                JOSEPH P. RUSSONIELLO
25                                              United States Attorney

26 Date: January 25, 2008
                                                S. WAQAR HASIB
27                                              DANIEL SANDERS
                                                Assistant United States Attorneys
28

FILED
JAN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 JAN 15 P3:26

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1 OSKAR W. SHELDON,
2 PATRICK J. O'BRIEN,
3 PETER K. LOFGREN,
4 AIMEE S. MARTINEZ,
5 RICARDO ALVAREZ-MORALES,
6 OMAR MORALES-ORTIZ,
7 CELESTE F. PINNEY,
8 DAVID P. LEBLANC,
9 COLLEEN MCGARRY,
10 RYAN C. MINAHAN,
11 BENJAMIN C. JANIK,
12 BRIAN J. MCGUINNIS,
13 JEREMY HOCH,
14 SAMUEL E. SUMNER,
15 THOMAS P. BAKER,
16 EMMANUAL MERRITT,
17 CHRIS A. LAMBROU,
18 ROBERT A. HUFF,
19 JUSTIN WELLS,
20 JOHNNY J. MORTON, and
21 ANDREA MCDEVITT,

    Defendants.

Case No. 08-CR-08 CR 36

[Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846, and Title 18, U.S.C. §2]

SEALED

## INDICTMENT

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

1.     Beginning sometime in 2006, and continuing through January 15, 2008, in the State and Eastern District of Wisconsin and elsewhere,

OSKAR W. SHELDON,
PATRICK J. O'BRIEN,
PETER K. LOFGREN,
AIMEE S. MARTINEZ,
RICARDO ALVAREZ-MORALES,
OMAR MORALES-ORTIZ,
CELESTE F. PINNEY,
DAVID P. LEBLANC,
COLLEEN MCGARRY,
RYAN C. MINAHAN,
BENJAMIN C. JANIK,
BRIAN J. MCGUINNIS,
JEREMY HOCH,
SAMUEL E. SUMNER,
THOMAS P. BAKER,
EMMANUAL MERRITT,
CHRIS A. LAMBROU,
ROBERT A. HUFF,
JUSTIN WELLS,
JOHNNY J. MORTON, and
ANDREA MCDEVITT,

knowingly and intentionally conspired with each other and persons known and unknown to the grand jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.     The offense involved 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(b)(1)(A) & 846 and Title 18, United States Code, Section 2.

2

## FORFEITURE NOTICE

All property of the defendants constituting or derived from any proceeds the defendants obtained as a result of the violations set forth in Count One, and all property of the defendants used or intended to be used to commit or facilitate the commission of the violations, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The properties subject to forfeiture include the following:

1. A personal money judgment against each defendant in the amount of $1,000,000.00, an amount representing the unseized proceeds of the violations charged in Count One, and funds used to facilitate the violations.

A TRUE BILL

FOREPERSON

Dated: 1-15-08

Steven M. Biskupic
United States Attorney

3

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: 08 CR 36 |
| RICARDO ALVAREZ-MORALES, dob 1977 | |

**TO:** The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ricardo Alvarez-Morales and bring him forthwith to the nearest magistrate to answer an Indictment charging him with knowingly and intentionally conspiring with others to distribute a controlled substance involving 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and 846 and Title 18, United States Code, § 2.

| | |
|---|---|
| Jon W. Sanfilippo | District Court Clerk |
| Name of Judicial Officer | Title of Issuing Officer |
| | January 15, 2008, at Milwaukee, Wisconsin |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |
| Bail fixed at $ _____ by _____ | Name of Judicial Officer |

I hereby certify that this is a true and correct copy of the original now remaining of record in my office
U.S. District Court
Eastern Dist. Wis.
JON W. SANFILIPPO, Clerk
DATED: 1/16/08 By Deputy

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |