```
SHARI L. WHITE, #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
RICARDO ALVAREZ-MORALES
```

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICARDO ALVAREZ-MORALES,<br><br>  Defendant.<br>_____/ | CR 3:08-mj-70035-EDL<br><br>STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE <u>CONDITIONS AS TO ADDRESS</u> |

THE PARTIES HEREBY STIPULATE AND AGREE that based upon the fact that defendant's lease at 800 Hansley Creek Road, Ukiah, California, is due to expire on February 15, 2008, the new address at which defendant will reside while on pretrial release is 2391 Road K, Redwood Valley, California 95470. Defendant's mother will reside with him and remain his third-party custodian. Pretrial Services Officer Timothy Elder has advised counsel that he has no objection.

Dated: February 12, 2008

/s/ S. WAQAR HASIB                    /s/ SHARI L. WHITE
S. WAQAR HASIB                        SHARI L. WHITE

**IT IS SO ORDERED.**

Dated:

_____
MARIA ELENA JAMES, Mag. Judge
United States District Court