SHARI L. WHITE, #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
RICARDO ALVAREZ-MORALES

**FILED**

FEB 14 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO ALVAREZ-MORALES,

    Defendant.
_____/

CR 3:08-mj-70035-EDL

STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS AS TO ADDRESS

    THE PARTIES HEREBY STIPULATE AND AGREE that based upon the fact that defendant's lease at 800 Hansley Creek Road, Ukiah, California, is due to expire on February 15, 2008, the new address at which defendant will reside while on pretrial release is 2391 Road K, Redwood Valley, California 95470. Defendant's mother will reside with him and remain his third-party custodian. Pretrial Services Officer Timothy Elder has advised counsel that he has no objection.

    Dated: February 12, 2008

/s/ S. WAQAR HASIB
S. WAQAR HASIB

/s/ SHARI L. WHITE
SHARI L. WHITE

**IT IS SO ORDERED.**

Dated: 2-20-08

MARIA ELENA JAMES, Mag. Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331