✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>RICARDO ALVARES-MORALES | **COMMITMENT TO ANOTHER DISTRICT**<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Eastern District of Wisconsin | 3-08-mj-70035-EDL-2 | 08-0036-CNC-AEG-5 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

**charging a violation of**   21   **U.S.C. §**   841(a)(1), 841 (b)(1)(A), and 846

**DISTRICT OF OFFENSE**
Eastern District of Wisconsin

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute a controlled substance

**CURRENT BOND STATUS:**

☒ Bail fixed at   $400,000   and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify)   Defendant ordered to appear as instructed by District Court of Eastern District of Wisconsin
   Bond, if any, shall be transferred to the District of Offense

| **Representation:** | ☒ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | ☒ No | ☐ Yes | Language: | |

May 9, 2008
Date                                                                                    United States Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |