UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 MAY 19 A10:04

JON ~~~~~~~~~ CLERK
MAIL-REC'D

**FILED**

MAY 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 14, 2008
Office of the Clerk
U.S. District Court

362 U.S.District Courthouse
517 E. Wisconsin Ave.
Milwaukee WI   53202

Case Name:      USA v. Ricardo Alvarez-Morales, Aimee Martinez
Case Number:    3:08-70035 MAG
Charges:        21:841(a)(1) (A) and 846

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria Elena James   The following action has been taken:

    (x)    The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:

all copies sent
            x~~original~~ Rule 40 affidavit  *originals sent*
            ~~original~~ minute orders  *also original bonds*
            certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Date: _____

CLERK, U.S. DISTRICT COURT